**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

**MINUTE SHEET**

**UNITED STATES OF AMERICA**                 **Date: May 2, 2017**

**vs.**                          **Case No.: 2:15-CR-4027-BCW-1**

**David Barry Lieberman**

---

**Honorable Brian C. Wimes, presiding at Jefferson City, Missouri**

**Nature of Hearing:** Sentencing

**Time Commenced: 10:31 am**            **Time Terminated: 10:44 am**

**APPEARANCES**

**Plaintiff's counsel:** Larry Miller, AUSA
**Defendant's counsel:** Robert H. Rexrode
**Probation officer:** Sam Casey

---

**10:31 am**     **PROCEEDINGS IN COURTROOM:** Above parties present. Court adopts Report and Recommendation on Plea of Guilty (Doc #42). There are no objections to the Presentence Report and Court adopts P.S.I.R. without change. Court asserts statutory guidelines. Counsel makes sentence recommendations. Defendant accorded allocution.

**SENTENCE:** Defendant committed to the custody of BOP for a period of 48 months on Count 2 of the Indictment; followed by 1 year supervised release on Count 2 with mandatory, standard and special conditions. FINE: waived; MSA: $100. Dft advised of right to appeal. Counts 1 and 3 dismissed by motion of the Government. Defendant remanded to the custody of the USM.

---

**Court Reporter:** Denise Halasey
**Courtroom Deputy:** T. Lock